## 34346. MILLER v. STOKES.

NICHOLS, Chief Justice.

This is an appeal by the mother, the noncustodial parent, from a judgment of the trial court declining to change custody of two children from the father to her. There was reasonable evidence to support the judgment of the trial court declining to change custody of the children and, accordingly, the judgment of the trial court is affirmed. *Foster v. Foster,* 241 Ga. 470 (246 SE2d 196) (1978).

*Judgment affirmed. All the Justices concur.*

ARGUED JANUARY 10, 1979 — DECIDED FEBRUARY 27, 1979.

*Rembert C. Cravey,* for appellant.
*Smith & Harrington, Will Ed Smith,* for appellee.